# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: GREEN FOREST CORP. | § Case No. 08-74074 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on December 18, 2008. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $     205,688.12

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 30,485.56 |
   | Payments to creditors | 135,002.56 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $     40,200.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 04/17/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,534.41. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,534.41, for a total compensation of $13,534.41. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,081.09, for total expenses of $1,081.09.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/12/2010          By:/s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-74074  
Case Name: GREEN FOREST CORP.  
Period Ending: 03/12/10

Trustee: (330420) JAMES E. STEVENS  
Filed (f) or Converted (c): 12/18/08 (f)  
§341(a) Meeting Date: 01/16/09  
Claims Bar Date: 04/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1050 School Street, Rockford, IL - single<br>Sashia Anderson Tenant<br>Insurance paid on a quarterly basis (See Footnote) | 15,000.00 | Unknown | DA | 9.81 | FA |
| 2 | 1301 & 1315 Seminary Street, Rockford,<br>Vacant - insurance on a quarterly basis | 75,000.00 | 75,000.00 | DA | 0.00 | FA |
| 3 | 3014 Pioneer Dr., Rockford,<br>William and Honora Bell - tenants (See Footnote) | 90,000.00 | 5,027.00 | OA | 5,027.00 | FA |
| 4 | 3618 Marieme, Rockford,<br>Pamela and Rufus Scott are tenants - this is a single<br>family residence | 90,000.00 | 90,000.00 | DA | 14,875.00 | FA |
| 5 | 511/513 N. Avon Street, Rockford,<br>Gladys Curtis and Tawana Jefferson - tenants - pay<br>their own water, garbage and sewer | 45,000.00 | 45,000.00 | DA | 0.00 | FA |
| 6 | 532 Furman Rockford, IL - commercial<br>Vacant - commercial storage building | 15,000.00 | 15,000.00 | DA | 0.00 | FA |
| 7 | 6930-6932 Alpine Road House with vacant lot<br>Ralph Littlefield is the tenant in the house - has not<br>paid rent for over a year | 130,000.00 | 130,000.00 | DA | 150,000.00 | FA |
| 8 | 7558 Bel-Mar<br>Vacant - Insured until November 20, 2009 Annual<br>premium (See Footnote) | 200,000.00 | 200,000.00 | OA | 0.00 | FA |
| 9 | 910 Fourth Avenue, Rockford, IL - 4 unit aptmt (u)<br>Landlord pays the water, sewer and edison bills for<br>the building.<br>Linda Walton Tenant in #1 other 3 units are vacant | 135,000.00 | 135,000.00 | DA | 5,600.00 | FA |
| 10 | 931 Woodlawn<br>Vacant - insurance paid on a quaterly basis | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 11 | Bank account at Northwest Bank -- account # 6045 | 18,835.99 | 18,835.99 |  | 18,835.99 | FA |
| 12 | Checks to be deposited in banks, savings and loa | 10,000.00 | 10,000.00 | DA | 8,180.74 | FA |
| 13 | Commercial washer and dryer, 10 stoves, 11 refri | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Paint, flooring, lumber, faucets, cabinets, sidi | 17,895.00 | 17,895.00 | OA | 0.00 | FA |
| 15 | 10917 Edgemere | Unknown | Unknown | DA | 2,691.30 | FA |
| 16 | Home Depot Rebate Program (u) | Unknown | Unknown | DA | 443.64 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 08-74074 | Trustee: | (330420) JAMES E. STEVENS |
| --- | --- | --- | --- |
| Case Name: | GREEN FOREST CORP. | Filed (f) or Converted (c): | 12/18/08 (f) |
| | | §341(a) Meeting Date: | 01/16/09 |
| Period Ending: | 03/12/10 | Claims Bar Date: | 04/17/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| Int | INTEREST (u) | Unknown | N/A | | 24.64 | Unknown |
| 17 | Assets Totals (Excluding unknown values) | $861,730.99 | $761,757.99 | | $205,688.12 | $0.00 |

RE PROP# 1   The Trustee is determining the values of the real estate.
RE PROP# 3   Order - Relief from Stay entered 2/9/09
RE PROP# 8   Relief from Stay entered on 2/9/09

---

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   May 31, 2010    Current Projected Date Of Final Report (TFR):   April 14, 2010  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-74074 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | GREEN FOREST CORP. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****72-65 - Money Market Account |
| Taxpayer ID #: | 22-3940844 | | Blanket Bond: | $118,000.00  (per case limit) |
| Period Ending: | 03/12/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/16/09 | | Green Forest Corp. | rents | | 39,266.73 | | 39,266.73 |
| | {4} | | 12,250.00 | 1110-000 | | | 39,266.73 |
| | {11} | | 18,835.99 | 1122-000 | | | 39,266.73 |
| | {12} | | 8,180.74 | 1122-000 | | | 39,266.73 |
| 03/18/09 | {9} | Human Growth and Dignity | partial rent payment Linda Walton 910 4th Ave., #1 | 1122-000 | 373.00 | | 39,639.73 |
| 03/18/09 | {9} | Blackhawk Bank cashier's check | balance of renta Linda Walton 910 4th Ave., #1 | 1122-000 | 102.00 | | 39,741.73 |
| 03/18/09 | {15} | Lois and Jerry Mounts | rent 10917 Edgemere       payment on agreement for deed | 1121-000 | 448.55 | | 40,190.28 |
| 03/18/09 | {4} | Rufus & Pamela Scott | rent for 3618 Marieme | 1122-000 | 875.00 | | 41,065.28 |
| 03/18/09 | 1001 | State Farm Insurance Company | | | | 1,121.55 | 39,943.73 |
| | | | 6930-32 No. Alpine Road   300.00 | 2420-750 | | | 39,943.73 |
| | | | 931 Woodlawn Avenue   122.73 | 2420-750 | | | 39,943.73 |
| | | | 1050 School Street   121.50 | 2420-750 | | | 39,943.73 |
| | | | 1301 Seminary Street - rental   135.24 | 2420-750 | | | 39,943.73 |
| | | | 1301 Seminary Street   324.24 | 2420-750 | | | 39,943.73 |
| | | | apartment policy 1301 Seminary Street   8.37 | 2420-750 | | | 39,943.73 |
| | | | 1301 Seminary Street   106.47 | 2420-750 | | | 39,943.73 |
| | | | Service Charge   3.00 | 2420-750 | | | 39,943.73 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 39,944.48 |
| 04/13/09 | 1002 | Rock River Water Reclamation District | 910 4th Avenue water payment - utilities | 2420-000 | | 272.82 | 39,671.66 |
| 04/13/09 | 1003 | City of Rockford | water bill payment 910 4th Avenue | 2420-000 | | 697.72 | 38,973.94 |
| 04/15/09 | | To Account #*********7266 | transfer to checking account to pay utilities | 9999-000 | | 1,000.00 | 37,973.94 |
| 04/16/09 | {15} | Lois and Jerry Mounts | April payment - 10917 Edgemere | 1121-000 | 448.55 | | 38,422.49 |
| 04/16/09 | {3} | William P. Bell, Jr. | rent - 3014 Pioneer - February | 1122-000 | 850.00 | | 39,272.49 |
| 04/16/09 | {3} | William P. Bell Jr. | rent - 3014 Pioneer - March | 1122-000 | 850.00 | | 40,122.49 |
| 04/16/09 | {9} | Rockford Housing Authority | RHA's portion of rent for 910 - 4th #1 | 1122-000 | 373.00 | | 40,495.49 |
| 04/16/09 | {9} | Linda Walton/Tina Eisler | Linda Walton's portion of rent #1 4th Street | 1122-000 | 102.00 | | 40,597.49 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 40,599.11 |
| 05/06/09 | {9} | Tina Eisler | Section 8 portion rent for 910 4th Avenue | 1122-000 | 102.00 | | 40,701.11 |
| 05/06/09 | {4} | ReMax | Rent - 3618 Marieme Drive - Rufus/Paula Scott | 1122-000 | 500.00 | | 41,201.11 |
| 05/07/09 | {16} | Home Depot | rebate payout | 1290-000 | 443.64 | | 41,644.75 |
| 05/13/09 | {15} | Lois and Jerry Mounts | May payment on agreement for deed | 1121-000 | 448.55 | | 42,093.30 |
| 05/28/09 | {3} | WILLIAM P. BELL JR | RENT | 1122-000 | 850.00 | | 42,943.30 |

Subtotals:  $46,035.39    $3,092.09

{} Asset reference(s)                                           Printed: 03/12/2010 11:54 AM    V.11.54

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-74074 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | GREEN FOREST CORP. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****72-65 - Money Market Account |
| Taxpayer ID #: | 22-3940844 | | Blanket Bond: | $118,000.00 (per case limit) |
| Period Ending: | 03/12/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/28/09 | {4} | RUFUS AND PAMELA SCOTT | BALANCE OF APRIL RENT | 1122-000 | 375.00 | | 43,318.30 |
| 05/28/09 | {9} | ROCKFORD HOUSING AUTHORITY | RENT PAYMENT - SECTION 8 PORTION | 1210-000 | 373.00 | | 43,691.30 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.63 | | 43,692.93 |
| 06/15/09 | {3} | William Bell Jr. | rent payment | 1122-000 | 850.00 | | 44,542.93 |
| 06/15/09 | {9} | Tina Eisler/Linda Walton | portion of rent payment | 1222-000 | 102.00 | | 44,644.93 |
| 06/15/09 | {9} | Rockford Housing Authority | Section 8 portion of housing | 1222-000 | 373.00 | | 45,017.93 |
| 06/18/09 | {15} | Jerry and Lois Mounts | rent for Edgemere property | 1121-000 | 448.55 | | 45,466.48 |
| 06/23/09 | | To Account #*********7266 | transfer to pay bills | 9999-000 | | 1,500.00 | 43,966.48 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.91 | | 43,968.39 |
| 07/21/09 | {9} | Linda Walton | rent check for 910 4th Avenue | 1222-000 | 100.00 | | 44,068.39 |
| 07/21/09 | {9} | Rockford Housing Authority | RHA's portion 910 4th 1S | 1222-000 | 375.00 | | 44,443.39 |
| 07/21/09 | {4} | Rufus and Pamela Scott | rentlmonies -- July | 1122-000 | 875.00 | | 45,318.39 |
| 07/21/09 | {15} | Lois and Jerry Mounts | July payment | 1121-000 | 448.55 | | 45,766.94 |
| 07/21/09 | {3} | William P. Bell, Jr. | July payment - rent | 1122-000 | 850.00 | | 46,616.94 |
| 07/21/09 | | To Account #*********7266 | transfer to pay outstatnding bills for properties | 9999-000 | | 23,000.00 | 23,616.94 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.54 | | 23,618.48 |
| 08/20/09 | {15} | Lois andJerry Mounts | August payment 10917 Edgemeer | 1121-000 | 448.55 | | 24,067.03 |
| 08/20/09 | {3} | William P. Bell, Jr. | payment on 3014 Pioneer Drive | 1122-000 | 777.00 | | 24,844.03 |
| 08/20/09 | {9} | Linda Eisler - Linda Walton | Walton's portion of 9104 4th Avenue | 1222-000 | 100.00 | | 24,944.03 |
| 08/20/09 | {9} | Rockford Housing Authority | housing authority portion Walton 4th Street | 1222-000 | 375.00 | | 25,319.03 |
| 08/20/09 | {1} | State Farm Fire and Casualty Company | refund overpayment 93 BU B798-3 - 1050 School Street | 1290-000 | 9.81 | | 25,328.84 |
| 08/20/09 | | From Account #*********7266 | transfer monies from checking to money market account | 9999-000 | 10,000.00 | | 35,328.84 |
| 08/25/09 | {15} | Lois and Jerry Mounts | August payment on agreement for deed | 1121-000 | 448.55 | | 35,777.39 |
| 08/26/09 | {15} | Lois and Jerry Mounts | rent 10917 Edgemere     payment on agreement for deed | 1121-000 | -448.55 | | 35,328.84 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 35,330.01 |
| 08/31/09 | {15} | Lois and Jerry Mounts | returned nsf check no. 4819 August payment Edgemere | 1121-000 | -448.55 | | 34,881.46 |
| 09/09/09 | {15} | Jerry and Lois Mounts | August payment on Agreement for Deed (replacement check) | 1121-000 | 448.55 | | 35,330.01 |
| 09/15/09 | {9} | Tina Eisler for Linda Walton | Linda's portion of rent 910 4th Avenue | 1222-000 | 100.00 | | 35,430.01 |
| 09/15/09 | {9} | Rockford Housing Authority | RHA's portion of rent - 4th Street | 1222-000 | 375.00 | | 35,805.01 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.44 | | 35,806.45 |
| 10/13/09 | {9} | Linda Walton | Tina Eisler's payment for Linda Walton's portion of 910 - 4th rent | 1222-000 | 200.00 | | 36,006.45 |

Subtotals :   $17,563.15   $24,500.00

{} Asset reference(s)                                                                                                 Printed: 03/12/2010 11:54 AM   V.11.54

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-74074 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | GREEN FOREST CORP. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*72-65 - Money Market Account |
| Taxpayer ID #: | 22-3940844 | | Blanket Bond: | $118,000.00  (per case limit) |
| Period Ending: | 03/12/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/13/09 | {9} | RHA | Rockford Housing's portion of rent | | 1222-000 | 375.00 | | 36,381.45 |
| 10/14/09 | 1004 {9} | Tina Eisler | refund of overpayment of Linda Walton's portion of rent for 4th street | | 1222-000 | -100.00 | | 36,281.45 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.47 | | 36,282.92 |
| 11/18/09 | {9} | Rockford Housing Authority | Section 8 portion of rent | | 1222-000 | 375.00 | | 36,657.92 |
| 11/18/09 | {9} | Tina Eisler for Linda Walton | tenant's portion of rent | | 1222-000 | 100.00 | | 36,757.92 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.53 | | 36,759.45 |
| 12/10/09 | {9} | Tina Eisler for Linda Walton | Linda Walton's portion of rent | | 1222-000 | 100.00 | | 36,859.45 |
| 12/10/09 | {9} | Rockford Housing Authority | Section 8 payment Linda Walton | | 1222-000 | 375.00 | | 37,234.45 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.56 | | 37,236.01 |
| 01/14/10 | {9} | Rockford Housing Authority | Section 8 portion Linda Walton rent | | 1222-000 | 375.00 | | 37,611.01 |
| 01/14/10 | {9} | Linda Walton | tenant's portion of rent for 4th Street | | 1222-000 | 100.00 | | 37,711.01 |
| 01/26/10 | 1005 | Rock River Water Reclamation District | payment sanitary fees 4th Street Voided on 01/26/10 | | 2420-000 | | 92.21 | 37,618.80 |
| 01/26/10 | 1005 | Rock River Water Reclamation District | payment sanitary fees 4th Street Voided: check issued on 01/26/10 | | 2420-000 | | -92.21 | 37,711.01 |
| 01/26/10 | 1006 | City Rockford | payment of water Voided on 01/26/10 | | 2500-000 | | 437.14 | 37,273.87 |
| 01/26/10 | 1006 | City Rockford | payment of water Voided: check issued on 01/26/10 | | 2500-000 | | -437.14 | 37,711.01 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.47 | | 37,712.48 |
| 02/01/10 | | Title Underwriters Agency | proceeds of sale | | | 132,197.57 | | 169,910.05 |
| | {7} | | | 140,000.00 | 1110-000 | | | 169,910.05 |
| | | | loan origination fee | -250.00 | 2500-000 | | | 169,910.05 |
| | | | appraisal fee | -1,175.00 | 2500-000 | | | 169,910.05 |
| | | | credit report | -11.65 | 2500-000 | | | 169,910.05 |
| | | | flood map certification | -45.00 | 2500-000 | | | 169,910.05 |
| | | | closing fee | -400.00 | 2500-000 | | | 169,910.05 |
| | | | courier fee | -25.00 | 2500-000 | | | 169,910.05 |
| | | | title insurance | -1,338.00 | 2500-000 | | | 169,910.05 |
| | | | title insurance act fee | -6.00 | 2500-000 | | | 169,910.05 |
| | | | search fee | -100.00 | 2500-000 | | | 169,910.05 |
| | | | recording fee | -155.00 | 2500-000 | | | 169,910.05 |
| | | | city, county, state stamps | -65.00 | 2500-000 | | | 169,910.05 |
| | | | state stamps | -130.00 | 2500-000 | | | 169,910.05 |
| | | | 2008 sold real estate taxes | -2,842.19 | 2500-000 | | | 169,910.05 |
| | | | 2008 sold real etate | -1,259.59 | 2500-000 | | | 169,910.05 |

Subtotals : $133,903.60   $0.00

{} Asset reference(s)   Printed: 03/12/2010 11:54 AM   V.11.54

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 08-74074 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | GREEN FOREST CORP. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****72-65 - Money Market Account |
| Taxpayer ID #: | 22-3940844 | | Blanket Bond: | $118,000.00 (per case limit) |
| Period Ending: | 03/12/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 02/01/10 | | Title Underwriters Agency | taxes Parcel III<br>proceeds of sale | | | 7,791.25 | | 177,701.30 |
| | {7} | | | 10,000.00 | 1110-000 | | | 177,701.30 |
| | | | closing fee | -400.00 | 2500-000 | | | 177,701.30 |
| | | | title insurance | -897.00 | 2500-000 | | | 177,701.30 |
| | | | title insurance act fee | -3.00 | 2500-000 | | | 177,701.30 |
| | | | parcel search fee | -450.00 | 2500-000 | | | 177,701.30 |
| | | | recording fees | -321.75 | 2500-000 | | | 177,701.30 |
| | | | recordation fees | -137.00 | 2500-000 | | | 177,701.30 |
| 02/05/10 | {9} | Rockford Housing Authority | rent payment 4th Street | | 1222-000 | 375.00 | | 178,076.30 |
| 02/10/10 | 1007 | Ed Hornbeck | payment real estate commission | | 3510-000 | | 3,250.00 | 174,826.30 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 5.94 | | 174,832.24 |
| 03/10/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 2.61 | | 174,834.85 |
| 03/10/10 | | To Account #*********7266 | transfer to close money market account | | 9999-000 | | 174,834.85 | 0.00 |
| | | | ACCOUNT TOTALS | | | 205,676.94 | 205,676.94 | $0.00 |
| | | | Less: Bank Transfers | | | 10,000.00 | 200,334.85 | |
| | | | Subtotal | | | 195,676.94 | 5,342.09 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | NET Receipts / Disbursements | | | $195,676.94 | $5,342.09 | |

{} Asset reference(s)

Printed: 03/12/2010 11:54 AM V.11.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-74074 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | GREEN FOREST CORP. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****72-66 - Checking Account |
| Taxpayer ID #: | 22-3940844 | | Blanket Bond: | $118,000.00  (per case limit) |
| Period Ending: | 03/12/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/15/09 | | From Account #********7265 | transfer to checking account to pay utilities | | 9999-000 | 1,000.00 | | 1,000.00 |
| 04/16/09 | 101 | ComEd | electricity - 910 4th Ave. Bd Rockford, IL<br>Voided on 04/16/09 | | 2420-000 | | 304.58 | 695.42 |
| 04/16/09 | 101 | ComEd | electricity - 910 4th Ave. Bd Rockford, IL<br>Voided: check issued on 04/16/09 | | 2420-000 | | -304.58 | 1,000.00 |
| 04/16/09 | 102 | Tom Coblentz | reimbursement CommEd bill 910 4th Avenue,<br>Rockford, IL - payment center would not take<br>check | | 2420-000 | | 307.58 | 692.42 |
| 04/23/09 | 103 | ComEd | electricity - 7558 Belmar Drive, Belvidere, IL | | 2420-000 | | 323.37 | 369.05 |
| 05/06/09 | 104 | Title Underwriters Agency | payment of title company statement for lien<br>search - 3618 Marieme Drive | | 2990-000 | | 75.00 | 294.05 |
| 05/28/09 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 05/28/2009 FOR CASE<br>#08-74074 | | 2300-000 | | 52.98 | 241.07 |
| 06/23/09 | | From Account #********7265 | transfer to pay bills | | 9999-000 | 1,500.00 | | 1,741.07 |
| 06/24/09 | 106 | Leonard Glogowski | lawn mowing | | | | 70.00 | 1,671.07 |
| | | | lawn mowing - Furman | 35.00 | 2420-000 | | | 1,671.07 |
| | | | lawn mowing 1050<br>School Street | 35.00 | 2420-000 | | | 1,671.07 |
| 06/24/09 | 107 | Randy Anderson | lawn mowing | | | | 1,320.00 | 351.07 |
| | | | lawn mowing and raking<br>7758 Belmar Belvidere,<br>IL | 330.00 | 2420-000 | | | 351.07 |
| | | | lawn mowing 7758<br>Belmar Drive, Belvidere,<br>IL | 110.00 | 2420-000 | | | 351.07 |
| | | | lawn mowing 6930-32<br>Alpine Rd., Rockford, IL | 150.00 | 2420-000 | | | 351.07 |
| | | | lawn mowing 931<br>Woodlawn Ave.,<br>Rockford, IL | 70.00 | 2420-000 | | | 351.07 |
| | | | lawn mowing - 931<br>Woodlawn Ave. | 530.00 | 2420-000 | | | 351.07 |
| | | | lawn mowing 1301-15<br>Seminary Street,<br>Rockford, IL | 70.00 | 2420-000 | | | 351.07 |
| | | | lawn mowing 1301-15<br>Seminary, Rockford, IL | 60.00 | 2420-000 | | | 351.07 |
| 07/21/09 | | From Account #********7265 | transfer to pay outstatnding bills for properties | | 9999-000 | 23,000.00 | | 23,351.07 |

Subtotals :    $25,500.00    $2,148.93

{} Asset reference(s)    Printed: 03/12/2010 11:54 AM    V.11.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-74074 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | GREEN FOREST CORP. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****72-66 - Checking Account |
| Taxpayer ID #: | 22-3940844 | | Blanket Bond: | $118,000.00 (per case limit) |
| Period Ending: | 03/12/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/21/09 | 108 | Leonard Glogowski | lawn mowing | | | | 270.00 | 23,081.07 |
| | | | lawnmowing Belmar | 74.00 | 2410-000 | | | 23,081.07 |
| | | | lawnmowing Seminary | 28.00 | 2410-000 | | | 23,081.07 |
| | | | lawnmowing Woodlawn property | 28.00 | 2420-000 | | | 23,081.07 |
| | | | lawnmowing School Street | 20.00 | 2420-000 | | | 23,081.07 |
| | | | lawnmowing Furman | 20.00 | 2420-000 | | | 23,081.07 |
| | | | lawnmowing Alpine lot | 100.00 | 2420-000 | | | 23,081.07 |
| 07/21/09 | 109 | NICOR | utility charges | | | | 3,861.59 | 19,219.48 |
| | | | gas for 6930 No. Alpine Road | 1,188.27 | 2420-000 | | | 19,219.48 |
| | | | gas for 7558 Belmar Drive, Belvidere, IL | 581.26 | 2420-000 | | | 19,219.48 |
| | | | gas 1315 Seminary Up | 300.36 | 2420-000 | | | 19,219.48 |
| | | | gas 1301 Seminary Apt. 1 | 236.20 | 2420-000 | | | 19,219.48 |
| | | | gas 1301 Seminary Apt. 2 | 77.65 | 2420-000 | | | 19,219.48 |
| | | | gas 1301 Seminary, Apt. 3 | 1,422.28 | 2420-000 | | | 19,219.48 |
| | | | gas 1301 Seminary, Apt. 4 | 55.57 | 2420-000 | | | 19,219.48 |
| 07/21/09 | 110 | ComEd | electricity | | | | 603.13 | 18,616.35 |
| | | | 527-29 Furman - electricity | 183.05 | 2420-000 | | | 18,616.35 |
| | | | 7558 Belmar Drive - electricity | 63.41 | 2420-000 | | | 18,616.35 |
| | | | 6930 No. Alpine - electricity | 356.67 | 2420-000 | | | 18,616.35 |
| 07/21/09 | 111 | Rock River Water Reclamation District | waste water treatment bill | | | | 1,200.53 | 17,415.82 |
| | | | 1315 Seminary Street | 316.79 | 2420-000 | | | 17,415.82 |
| | | | 529 Furman Street | 36.25 | 2420-000 | | | 17,415.82 |
| | | | 931 Woodlawn Avenue | 44.15 | 2420-000 | | | 17,415.82 |
| | | | 3014 Pioneer Drive | 18.44 | 2420-000 | | | 17,415.82 |
| | | | 1050 School Street | 732.45 | 2420-000 | | | 17,415.82 |
| | | | 910 4th Avenue | 46.39 | 2420-000 | | | 17,415.82 |
| | | | 511 No. Avon Street | 6.06 | 2420-000 | | | 17,415.82 |
| | | | | Subtotals : | | $0.00 | $5,935.25 | |

{} Asset reference(s)  
Printed: 03/12/2010 11:54 AM    V.11.54

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 08-74074 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | GREEN FOREST CORP. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*72-66 - Checking Account |
| Taxpayer ID #: | 22-3940844 | | Blanket Bond: | $118,000.00  (per case limit) |
| Period Ending: | 03/12/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/21/09 | 112 | State Farm Insurance | insurance on buildings | | | | 2,015.53 | 15,400.29 |
| | | | 130 Seminary insurance | 319.76 | 2420-000 | | | 15,400.29 |
| | | | 3014 Pioneer insurance | 460.00 | 2420-000 | | | 15,400.29 |
| | | | 511 No. Avon insurance | 647.00 | 2420-000 | | | 15,400.29 |
| | | | 931 Woodlawn insurance | 264.27 | 2420-000 | | | 15,400.29 |
| | | | 1050 School Street insurance | 324.50 | 2420-000 | | | 15,400.29 |
| 07/21/09 | 113 | American Family Insurance Group | insurance | | 2420-000 | | 788.00 | 14,612.29 |
| 07/22/09 | 114 | City of Rockford | payment of water and garbage | | | | 1,668.03 | 12,944.26 |
| | | | 1050 School Street - water and garbage | 362.45 | 2420-000 | | | 12,944.26 |
| | | | 511 No. Avon St., - water & garbage | 44.84 | 2420-000 | | | 12,944.26 |
| | | | 910 4th Avenue -= water & garbage | 281.63 | 2420-000 | | | 12,944.26 |
| | | | 1315 Seminary - water & garbage | 583.47 | 2420-000 | | | 12,944.26 |
| | | | 1301 Seminary - water & garbage | 49.28 | 2420-000 | | | 12,944.26 |
| | | | 3618 Marieme Drive - water & garbage | 254.32 | 2420-000 | | | 12,944.26 |
| | | | 931 Woodlawn - water & garbage | 92.04 | 2420-000 | | | 12,944.26 |
| 08/05/09 | 115 | Leonard Glogowski | lawn maintenance | | | | 459.00 | 12,485.26 |
| | | | Seminary lawn care | 84.00 | 2420-000 | | | 12,485.26 |
| | | | lawn maintenance Alpine lot | 100.00 | 2420-000 | | | 12,485.26 |
| | | | lawn maintenance School Street | 40.00 | 2420-000 | | | 12,485.26 |
| | | | lawn maintenance Furman | 40.00 | 2420-000 | | | 12,485.26 |
| | | | lawn maintenance Woodlawn | 84.00 | 2420-000 | | | 12,485.26 |
| | | | lawn maintenance Belmar | 111.00 | 2420-000 | | | 12,485.26 |
| 08/05/09 | 116 | ComEd | electricity 527-29 Furman St., Rockford, IL | | 2420-000 | | 28.05 | 12,457.21 |
| 08/05/09 | 117 | Nicor | gas for properties | | | | 131.66 | 12,325.55 |
| | | | gas 1301 Seminary St., | 8.69 | 2420-000 | | | 12,325.55 |

Subtotals :  $0.00  $5,090.27

Exhibit B

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case Number: | 08-74074 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | GREEN FOREST CORP. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****72-66 - Checking Account |
| Taxpayer ID #: | 22-3940844 | | Blanket Bond: | $118,000.00 (per case limit) |
| Period Ending: | 03/12/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Apt. 3 | | | | | |
| | | | gas for 1301 Seminary<br>St. Apt. 2 | 13.44 | 2420-000 | | | 12,325.55 |
| | | | gas for 7558 Belmar Dr.,<br>Belvidere, IL | 34.52 | 2420-000 | | | 12,325.55 |
| | | | gas for 1301 Seminary<br>St., Apt. 4, Rockford, IL | 70.07 | 2420-000 | | | 12,325.55 |
| | | | gas 1315 Seminary St.,<br>#Up, Rockford, IL | 4.94 | 2420-000 | | | 12,325.55 |
| 08/19/09 | 118 | State Farm Insurance | Insurance 1301 Seminary | | | | 168.39 | 12,157.16 |
| | | | 1301 Seminary #93<br>BR-G-590-8 | 17.02 | 2420-000 | | | 12,157.16 |
| | | | 1301 Seminary 93<br>BU-C-337-7 | 151.37 | 2420-000 | | | 12,157.16 |
| 08/20/09 | | To Account #********7265 | transfer monies from checking to money<br>market account | | 9999-000 | | 10,000.00 | 2,157.16 |
| 08/20/09 | 119 | Rock River Water Reclamation<br>District | p3014 Pioneer Drive, Rockford, IL | | 2420-000 | | 14.05 | 2,143.11 |
| 08/20/09 | 120 | ComEd | 527-29 Furman Street | | 2420-000 | | 54.01 | 2,089.10 |
| 08/20/09 | 121 | nicor | 1301 Seminary St., Apt. 1 | | 2420-000 | | 273.75 | 1,815.35 |
| 08/20/09 | 122 | ComEd | 7558 Belmar Drive, Belvidere, IL | | 2420-000 | | 20.44 | 1,794.91 |
| 08/27/09 | 123 | Leonard Glogowski | lawn mowing | | | | 133.00 | 1,661.91 |
| | | | Belmar Belvidere<br>property | 37.00 | 2420-000 | | | 1,661.91 |
| | | | Seminary property | 28.00 | 2420-000 | | | 1,661.91 |
| | | | 931 Woodlawn property | 28.00 | 2420-000 | | | 1,661.91 |
| | | | 1050 School property | 20.00 | 2420-000 | | | 1,661.91 |
| | | | Furman property | 20.00 | 2420-000 | | | 1,661.91 |
| 08/27/09 | 124 | Payment Center | 910 4th Avenue - water and rubbish | | 2420-000 | | 68.82 | 1,593.09 |
| 08/27/09 | 125 | ComEd | 6930 No. Alpine Rd., LP electricity | | 2420-000 | | 46.43 | 1,546.66 |
| 09/11/09 | 126 | Title Underwriters Agency | title searches | | | | 500.00 | 1,046.66 |
| | | | 6930-32 No. Alpine<br>Roda | 100.00 | 2420-000 | | | 1,046.66 |
| | | | 3014 Pioneer Drive | 100.00 | 2420-000 | | | 1,046.66 |
| | | | 910 4th Avenue | 100.00 | 2420-000 | | | 1,046.66 |
| | | | 3618 Marieme Drive | 100.00 | 2420-000 | | | 1,046.66 |
| | | | 7558 Bel-Mar Drive | 100.00 | 2420-000 | | | 1,046.66 |
| 09/17/09 | 127 | Leonard Glogowski | grass mowing | | | | 471.00 | 575.66 |

Subtotals:    $0.00    $11,749.89

{} Asset reference(s)    Printed: 03/12/2010 11:54 AM    V.11.54

Exhibit B

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case Number: | 08-74074 | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | GREEN FOREST CORP. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****72-66 - Checking Account |
| Taxpayer ID #: | 22-3940844 | Blanket Bond: | $118,000.00  (per case limit) |
| Period Ending: | 03/12/10 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Alpine lot 8/22/09 | 100.00 | 2420-000 | | | 575.66 |
| | | | School grass mosing 9/2;8/13/823 | 60.00 | 2420-000 | | | 575.66 |
| | | | Seminary grass mowing 8/20;8/31 | 56.00 | 2420-000 | | | 575.66 |
| | | | Furman grass 8/10; 8/21;8/31 | 60.00 | 2420-000 | | | 575.66 |
| | | | 931 Woodlawn grass mowing 9/3; 8/13; 8/24 | 84.00 | 2420-000 | | | 575.66 |
| | | | Belmar grass mowing 9/2;8/13;823 | 111.00 | 2420-000 | | | 575.66 |
| 09/17/09 | 128 | The City of Rockford | 511 No. Avon - water and rubbish | | 2420-000 | | 46.83 | 528.83 |
| 09/17/09 | 129 | ComEd | Belmar electric | | 2420-000 | | 27.72 | 501.11 |
| 09/17/09 | 130 | Nicor | electricity | | 2420-000 | | 133.40 | 367.71 |
| | | | Seminary Upper | 24.25 | 2420-000 | | | 367.71 |
| | | | Seminary (4) | 14.83 | 2420-000 | | | 367.71 |
| | | | Seminary (2) | 15.63 | 2420-000 | | | 367.71 |
| | | | Seminary (1) | 66.80 | 2420-000 | | | 367.71 |
| | | | Belmar | 11.89 | 2420-000 | | | 367.71 |
| 03/10/10 | | From Account #********7265 | transfer to close money market account | | 9999-000 | 174,834.85 | | 175,202.56 |
| 03/11/10 | 131 | William E. Myers | payment pursuant to Order to Compromise 3/10/10 | | 7100-000 | | 135,002.56 | 40,200.00 |
| | | | ACCOUNT TOTALS | | | 200,334.85 | 160,134.85 | $40,200.00 |
| | | | Less: Bank Transfers | | | 200,334.85 | 10,000.00 | |
| | | | Subtotal | | | 0.00 | 150,134.85 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | NET Receipts / Disbursements | | | $0.00 | $150,134.85 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****72-65 | 195,676.94 | 5,342.09 | 0.00 |
| Checking # ***-*****72-66 | 0.00 | 150,134.85 | 40,200.00 |
| | $195,676.94 | $155,476.94 | $40,200.00 |

{} Asset reference(s)                                                                                          Printed: 03/12/2010 11:54 AM   V.11.54

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-74074
Case Name: GREEN FOREST CORP.
Trustee Name: JAMES E. STEVENS

Claims of secured creditors will be paid as follows:

*Claimant*   *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JAMES E. STEVENS | $ 13,534.41 | $ 1,081.09 |
| *Attorney for trustee* | BARRICK, SWITZER LAW FIRM | $ 24,998.75 | $ 335.75 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |
| *Attorney for trustee* | U.S. Bankruptcy Court | $ | $ 250.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*   *Fees*   *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____

*Attorney for* _____ $_____ $_____

*Accountant for* _____ $_____ $_____

*Appraiser for* _____ $_____ $_____

*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                          *Allowed Amt. of Claim*   *Proposed Payment*

                              N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 135,002.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                          *Allowed Amt. of Claim*   *Proposed Payment*
____5____        William E. Myers              $_____135,002.56       $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                          *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-TFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*     *Claimant*                              *Allowed Amt. of Claim*     *Proposed Payment*
                       N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (9/1/2009)**