# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: GREEN FOREST CORP. | § Case No. 08-74074 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $842,895.00 | Assets Exempt:   $0.00 |
| Total Distribution to Claimants: $135,002.56 | Claims Discharged Without Payment: $2,597.19 |
| Total Expenses of Administration:  $70,685.56 | |

3)  Total gross receipts of $   205,688.12  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2** ), yielded net receipts of $205,688.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $875,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 110,885.56 | 110,885.56 | 70,685.56 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,597.19 | 943,553.66 | 135,002.56 | 135,002.56 |
| **TOTAL DISBURSEMENTS** | $2,597.19 | $1,929,439.22 | $245,888.12 | $205,688.12 |

4) This case was originally filed under Chapter 7 on December 18, 2008.
. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/10/2010 _____   By: _/s/JAMES E. STEVENS_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 1050 School Street, Rockford, IL - single | 1290-000 | 9.81 |
| 3014 Pioneer Dr., Rockford, | 1122-000 | 5,027.00 |
| 3618 Marieme, Rockford, | 1110-000 | 14,875.00 |
| 6930-6932 Alpine Road House with vacant lot | 1110-000 | 150,000.00 |
| 910 Fourth Avenue, Rockford, IL - 4 unit aptmt | 1122-000 | 5,600.00 |
| Bank account at Northwest Bank -- account # 6045 | 1122-000 | 18,835.99 |
| Checks to be deposited in banks, savings and loa | 1122-000 | 8,180.74 |
| 10917 Edgemere | 1121-000 | 2,691.30 |
| Home Depot Rebate Program | 1290-000 | 443.64 |
| Interest Income | 1270-000 | 24.64 |
| **TOTAL GROSS RECEIPTS** | | $205,688.12 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| State Bank of Davis | 4110-000 | N/A | 555,000.00 | 0.00 | 0.00 |
| William E. Myers | 4110-000 | N/A | 320,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $875,000.00 | $0.00 | $0.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 13,534.41 | 13,534.41 | 0.00 |
| James E. Stevens | 2200-000 | N/A | 1,081.09 | 1,081.09 | 0.00 |
| BARRICK, SWITZER LAW FIRM | 3110-000 | N/A | 24,998.75 | 24,998.75 | 0.00 |
| BARRICK, SWITZER LAW FIRM | 3120-000 | N/A | 335.75 | 335.75 | 0.00 |
| U.S. Bankruptcy Court | 3120-000 | N/A | 250.00 | 250.00 | 0.00 |
| State Farm Insurance Company | 2420-750 | N/A | 300.00 | 300.00 | 300.00 |
| State Farm Insurance Company | 2420-750 | N/A | 122.73 | 122.73 | 122.73 |
| State Farm Insurance Company | 2420-750 | N/A | 121.50 | 121.50 | 121.50 |
| State Farm Insurance Company | 2420-750 | N/A | 135.24 | 135.24 | 135.24 |
| State Farm Insurance Company | 2420-750 | N/A | 324.24 | 324.24 | 324.24 |
| State Farm Insurance Company | 2420-750 | N/A | 8.37 | 8.37 | 8.37 |
| State Farm Insurance Company | 2420-750 | N/A | 106.47 | 106.47 | 106.47 |
| State Farm Insurance Company | 2420-750 | N/A | 3.00 | 3.00 | 3.00 |
| Rock River Water Reclamation District | 2420-000 | N/A | 272.82 | 272.82 | 272.82 |
| City of Rockford | 2420-000 | N/A | 697.72 | 697.72 | 697.72 |
| Tom Coblentz | 2420-000 | N/A | 307.58 | 307.58 | 307.58 |
| ComEd | 2420-000 | N/A | 323.37 | 323.37 | 323.37 |
| Title Underwriters Agency | 2990-000 | N/A | 75.00 | 75.00 | 75.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 52.98 | 52.98 | 52.98 |
| Leonard Glogowski | 2420-000 | N/A | 35.00 | 35.00 | 35.00 |
| Leonard Glogowski | 2420-000 | N/A | 35.00 | 35.00 | 35.00 |
| Randy Anderson | 2420-000 | N/A | 330.00 | 330.00 | 330.00 |
| Randy Anderson | 2420-000 | N/A | 110.00 | 110.00 | 110.00 |
| Randy Anderson | 2420-000 | N/A | 150.00 | 150.00 | 150.00 |
| Randy Anderson | 2420-000 | N/A | 70.00 | 70.00 | 70.00 |
| Randy Anderson | 2420-000 | N/A | 530.00 | 530.00 | 530.00 |
| Randy Anderson | 2420-000 | N/A | 70.00 | 70.00 | 70.00 |
| Randy Anderson | 2420-000 | N/A | 60.00 | 60.00 | 60.00 |
| Leonard Glogowski | 2410-000 | N/A | 74.00 | 74.00 | 74.00 |
| Leonard Glogowski | 2410-000 | N/A | 28.00 | 28.00 | 28.00 |
| Leonard Glogowski | 2420-000 | N/A | 28.00 | 28.00 | 28.00 |
| Leonard Glogowski | 2420-000 | N/A | 20.00 | 20.00 | 20.00 |
| Leonard Glogowski | 2420-000 | N/A | 20.00 | 20.00 | 20.00 |
| Leonard Glogowski | 2420-000 | N/A | 100.00 | 100.00 | 100.00 |
| NICOR | 2420-000 | N/A | 1,188.27 | 1,188.27 | 1,188.27 |
| NICOR | 2420-000 | N/A | 581.26 | 581.26 | 581.26 |
| NICOR | 2420-000 | N/A | 300.36 | 300.36 | 300.36 |
| NICOR | 2420-000 | N/A | 236.20 | 236.20 | 236.20 |
| NICOR | 2420-000 | N/A | 77.65 | 77.65 | 77.65 |
| NICOR | 2420-000 | N/A | 1,422.28 | 1,422.28 | 1,422.28 |
| NICOR | 2420-000 | N/A | 55.57 | 55.57 | 55.57 |
| ComEd | 2420-000 | N/A | 183.05 | 183.05 | 183.05 |
| ComEd | 2420-000 | N/A | 63.41 | 63.41 | 63.41 |
| ComEd | 2420-000 | N/A | 356.67 | 356.67 | 356.67 |
| Rock River Water Reclamation District | 2420-000 | N/A | 316.79 | 316.79 | 316.79 |
| Rock River Water Reclamation District | 2420-000 | N/A | 36.25 | 36.25 | 36.25 |
| Rock River Water Reclamation District | 2420-000 | N/A | 44.15 | 44.15 | 44.15 |
| Rock River Water Reclamation District | 2420-000 | N/A | 18.44 | 18.44 | 18.44 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Rock River Water Reclamation District | 2420-000 | N/A | 732.45 | 732.45 | 732.45 |
| Rock River Water Reclamation District | 2420-000 | N/A | 46.39 | 46.39 | 46.39 |
| Rock River Water Reclamation District | 2420-000 | N/A | 6.06 | 6.06 | 6.06 |
| State Farm Insurance | 2420-000 | N/A | 319.76 | 319.76 | 319.76 |
| State Farm Insurance | 2420-000 | N/A | 460.00 | 460.00 | 460.00 |
| State Farm Insurance | 2420-000 | N/A | 647.00 | 647.00 | 647.00 |
| State Farm Insurance | 2420-000 | N/A | 264.27 | 264.27 | 264.27 |
| State Farm Insurance | 2420-000 | N/A | 324.50 | 324.50 | 324.50 |
| American Family Insurance Group | 2420-000 | N/A | 788.00 | 788.00 | 788.00 |
| City of Rockford | 2420-000 | N/A | 362.45 | 362.45 | 362.45 |
| City of Rockford | 2420-000 | N/A | 44.84 | 44.84 | 44.84 |
| City of Rockford | 2420-000 | N/A | 281.63 | 281.63 | 281.63 |
| City of Rockford | 2420-000 | N/A | 583.47 | 583.47 | 583.47 |
| City of Rockford | 2420-000 | N/A | 49.28 | 49.28 | 49.28 |
| City of Rockford | 2420-000 | N/A | 254.32 | 254.32 | 254.32 |
| City of Rockford | 2420-000 | N/A | 92.04 | 92.04 | 92.04 |
| Leonard Glogowski | 2420-000 | N/A | 84.00 | 84.00 | 84.00 |
| Leonard Glogowski | 2420-000 | N/A | 100.00 | 100.00 | 100.00 |
| Leonard Glogowski | 2420-000 | N/A | 40.00 | 40.00 | 40.00 |
| Leonard Glogowski | 2420-000 | N/A | 40.00 | 40.00 | 40.00 |
| Leonard Glogowski | 2420-000 | N/A | 84.00 | 84.00 | 84.00 |
| Leonard Glogowski | 2420-000 | N/A | 111.00 | 111.00 | 111.00 |
| ComEd | 2420-000 | N/A | 28.05 | 28.05 | 28.05 |
| Nicor | 2420-000 | N/A | 8.69 | 8.69 | 8.69 |
| Nicor | 2420-000 | N/A | 13.44 | 13.44 | 13.44 |
| Nicor | 2420-000 | N/A | 34.52 | 34.52 | 34.52 |
| Nicor | 2420-000 | N/A | 70.07 | 70.07 | 70.07 |
| Nicor | 2420-000 | N/A | 4.94 | 4.94 | 4.94 |
| State Farm Insurance | 2420-000 | N/A | 17.02 | 17.02 | 17.02 |
| State Farm Insurance | 2420-000 | N/A | 151.37 | 151.37 | 151.37 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Rock River Water Reclamation District | 2420-000 | N/A | 14.05 | 14.05 | 14.05 |
| ComEd | 2420-000 | N/A | 54.01 | 54.01 | 54.01 |
| nicor | 2420-000 | N/A | 273.75 | 273.75 | 273.75 |
| ComEd | 2420-000 | N/A | 20.44 | 20.44 | 20.44 |
| Leonard Glogowski | 2420-000 | N/A | 37.00 | 37.00 | 37.00 |
| Leonard Glogowski | 2420-000 | N/A | 28.00 | 28.00 | 28.00 |
| Leonard Glogowski | 2420-000 | N/A | 28.00 | 28.00 | 28.00 |
| Leonard Glogowski | 2420-000 | N/A | 20.00 | 20.00 | 20.00 |
| Leonard Glogowski | 2420-000 | N/A | 20.00 | 20.00 | 20.00 |
| Payment Center | 2420-000 | N/A | 68.82 | 68.82 | 68.82 |
| ComEd | 2420-000 | N/A | 46.43 | 46.43 | 46.43 |
| Title Underwriters Agency | 2420-000 | N/A | 100.00 | 100.00 | 100.00 |
| Title Underwriters Agency | 2420-000 | N/A | 100.00 | 100.00 | 100.00 |
| Title Underwriters Agency | 2420-000 | N/A | 100.00 | 100.00 | 100.00 |
| Title Underwriters Agency | 2420-000 | N/A | 100.00 | 100.00 | 100.00 |
| Title Underwriters Agency | 2420-000 | N/A | 100.00 | 100.00 | 100.00 |
| Leonard Glogowski | 2420-000 | N/A | 100.00 | 100.00 | 100.00 |
| Leonard Glogowski | 2420-000 | N/A | 60.00 | 60.00 | 60.00 |
| Leonard Glogowski | 2420-000 | N/A | 56.00 | 56.00 | 56.00 |
| Leonard Glogowski | 2420-000 | N/A | 60.00 | 60.00 | 60.00 |
| Leonard Glogowski | 2420-000 | N/A | 84.00 | 84.00 | 84.00 |
| Leonard Glogowski | 2420-000 | N/A | 111.00 | 111.00 | 111.00 |
| The City of Rockford | 2420-000 | N/A | 46.83 | 46.83 | 46.83 |
| ComEd | 2420-000 | N/A | 27.72 | 27.72 | 27.72 |
| Nicor | 2420-000 | N/A | 24.25 | 24.25 | 24.25 |
| Nicor | 2420-000 | N/A | 14.83 | 14.83 | 14.83 |
| Nicor | 2420-000 | N/A | 15.63 | 15.63 | 15.63 |
| Nicor | 2420-000 | N/A | 66.80 | 66.80 | 66.80 |
| Nicor | 2420-000 | N/A | 11.89 | 11.89 | 11.89 |
| Ed Hornbeck | 3510-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Title Underwriters Agency | 2500-000 | N/A | 250.00 | 250.00 | 250.00 |
| Title Underwriters Agency | 2500-000 | N/A | 1,175.00 | 1,175.00 | 1,175.00 |
| Title Underwriters Agency | 2500-000 | N/A | 11.65 | 11.65 | 11.65 |
| Title Underwriters Agency | 2500-000 | N/A | 45.00 | 45.00 | 45.00 |
| Title Underwriters Agency | 2500-000 | N/A | 400.00 | 400.00 | 400.00 |
| Title Underwriters Agency | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| Title Underwriters Agency | 2500-000 | N/A | 1,338.00 | 1,338.00 | 1,338.00 |
| Title Underwriters Agency | 2500-000 | N/A | 6.00 | 6.00 | 6.00 |
| Title Underwriters Agency | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Title Underwriters Agency | 2500-000 | N/A | 155.00 | 155.00 | 155.00 |
| Title Underwriters Agency | 2500-000 | N/A | 65.00 | 65.00 | 65.00 |
| Title Underwriters Agency | 2500-000 | N/A | 130.00 | 130.00 | 130.00 |
| Title Underwriters Agency | 2500-000 | N/A | 2,842.19 | 2,842.19 | 2,842.19 |
| Title Underwriters Agency | 2500-000 | N/A | 1,259.59 | 1,259.59 | 1,259.59 |
| Title Underwriters Agency | 2500-000 | N/A | 400.00 | 400.00 | 400.00 |
| Title Underwriters Agency | 2500-000 | N/A | 897.00 | 897.00 | 897.00 |
| Title Underwriters Agency | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| Title Underwriters Agency | 2500-000 | N/A | 450.00 | 450.00 | 450.00 |
| Title Underwriters Agency | 2500-000 | N/A | 321.75 | 321.75 | 321.75 |
| Title Underwriters Agency | 2500-000 | N/A | 137.00 | 137.00 | 137.00 |
| Clerk of the Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 24,998.75 | 24,998.75 | 24,998.75 |
| Barrick, Switzer Law Firm | 3120-000 | N/A | 335.75 | 335.75 | 335.75 |
| Barrick, Switzer Law Firm | 2100-000 | N/A | 13,534.41 | 13,534.41 | 13,534.41 |
| Barrick, Switzer Law Firm | 2200-000 | N/A | 1,081.09 | 1,081.09 | 1,081.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 110,885.56 | 110,885.56 | 70,685.56 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| State Bank of Davis | 7100-000 | N/A | 194,213.65 | 0.00 | 0.00 |
| REO Preservation, Inc. | 7100-000 | N/A | 32,639.00 | 0.00 | 0.00 |
| Tina Eisler | 7100-000 | N/A | 5,000.00 | 0.00 | 0.00 |
| Tina Eisler Enterprises Inc | 7100-000 | N/A | 130,268.00 | 0.00 | 0.00 |
| William E. Myers | 7100-000 | N/A | 581,433.01 | 135,002.56 | 135,002.56 |
| NCO FINANCIAL SYSTEMS, INC. | 7100-000 | 497.19 | N/A | N/A | 0.00 |
| NICOR GAS | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NICOR GAS | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| R.K. JOHNSON & ASSOCIATES | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 2,597.19 | 943,553.66 | 135,002.56 | 135,002.56 |

**UST Form 101-7-TDR (9/1/2009)**

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-74074 | **Trustee:**    (330420)   JAMES E. STEVENS |
| **Case Name:**    GREEN FOREST CORP. | **Filed (f) or Converted (c):**  12/18/08 (f) |
| | **§341(a) Meeting Date:**  01/16/09 |
| **Period Ending:** 06/10/10 | **Claims Bar Date:**   04/17/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1050 School Street, Rockford, IL - single<br>Sashia Anderson Tenant<br>Insurance paid on a quarterly basis   (See Footnote) | 15,000.00 | Unknown | DA | 9.81 | FA |
| 2 | 1301 & 1315 Seminary Street, Rockford,<br>Vacant  - insurance on a quarterly basis | 75,000.00 | 75,000.00 | DA | 0.00 | FA |
| 3 | 3014 Pioneer Dr., Rockford,<br>William and Honora Bell - tenants  (See Footnote) | 90,000.00 | 5,027.00 | OA | 5,027.00 | FA |
| 4 | 3618 Marieme, Rockford,<br>Pamela and Rufus Scott are tenants - this is a single<br>family residence | 90,000.00 | 90,000.00 | DA | 14,875.00 | FA |
| 5 | 511/513 N. Avon Street, Rockford,<br>Gladys Curtis and Tawana Jefferson - tenants - pay<br>their own water, garbage and sewer | 45,000.00 | 45,000.00 | DA | 0.00 | FA |
| 6 | 532 Furman Rockford, IL - commercial<br>Vacant - commercial storage building | 15,000.00 | 15,000.00 | DA | 0.00 | FA |
| 7 | 6930-6932 Alpine Road House with vacant lot<br>Ralph Littlefield is the tenant in the house - has not<br>paid rent for over a year | 130,000.00 | 130,000.00 | DA | 150,000.00 | FA |
| 8 | 7558 Bel-Mar<br>Vacant - Insured until Novemer 20, 2009 Annual<br>premium  (See Footnote) | 200,000.00 | 200,000.00 | OA | 0.00 | FA |
| 9 | 910 Fourth Avenue, Rockford, IL - 4 unit aptmt  (u)<br>Landlord pays the water, sewer and edison bills for<br>the building.<br>Linda Walton Tenant in #1 other 3 units are vacant | 135,000.00 | 135,000.00 | DA | 5,600.00 | FA |
| 10 | 931 Woodlawn<br>Vacant - insurance paid on a quaterly basis | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 11 | Bank account at Northwest Bank -- account # 6045 | 18,835.99 | 18,835.99 | | 18,835.99 | FA |
| 12 | Checks to be deposited in banks, savings and loa | 10,000.00 | 10,000.00 | DA | 8,180.74 | FA |
| 13 | Commercial washer and dryer, 10 stoves, 11 refri | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Paint, flooring, lumber, faucets, cabinets, sidi | 17,895.00 | 17,895.00 | OA | 0.00 | FA |
| 15 | 10917 Edgemere | Unknown | Unknown | DA | 2,691.30 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 08-74074 | **Trustee:** (330420)  JAMES E. STEVENS |
| **Case Name:** GREEN FOREST CORP. | **Filed (f) or Converted (c):** 12/18/08 (f) |
| | **§341(a) Meeting Date:** 01/16/09 |
| **Period Ending:** 06/10/10 | **Claims Bar Date:** 04/17/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | Home Depot Rebate Program  (u) | Unknown | Unknown | DA | 443.64 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 24.64 | FA |
| **17** | **Assets**    **Totals** (Excluding unknown values) | **$861,730.99** | **$761,757.99** | | **$205,688.12** | **$0.00** |

RE PROP# 1      The Trustee is determining the values of the real estate.

RE PROP# 3      Order - Relief from Stay entered 2/9/09

RE PROP# 8      Relief from Stay entered on 2/9/09

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      May 31, 2010          **Current Projected Date Of Final Report (TFR):**      April 14, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-74074 | |
| Case Name: | GREEN FOREST CORP. | |
| | | |
| Taxpayer ID #: | **-***0844 | |
| Period Ending: | 06/10/10 | |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****72-65 - Money Market Account |
| Blanket Bond: | $166,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/16/09 | | Green Forest Corp. | rents | | | 39,266.73 | | 39,266.73 |
| | {4} | | | 12,250.00 | 1110-000 | | | 39,266.73 |
| | {11} | | | 18,835.99 | 1122-000 | | | 39,266.73 |
| | {12} | | | 8,180.74 | 1122-000 | | | 39,266.73 |
| 03/18/09 | {9} | Human Growth and Dignity | partial rent payment Linda Walton 910 4th Ave., #1 | | 1122-000 | 373.00 | | 39,639.73 |
| 03/18/09 | {9} | Blackhawk Bank cashier's check | balance of renta Linda Walton 910 4th Ave., #1 | | 1122-000 | 102.00 | | 39,741.73 |
| 03/18/09 | {15} | Lois and Jerry Mounts | rent 10917 Edgemere         payment on agreement for deed | | 1121-000 | 448.55 | | 40,190.28 |
| 03/18/09 | {4} | Rufus & Pamela Scott | rent for 3618 Marieme | | 1122-000 | 875.00 | | 41,065.28 |
| 03/18/09 | 1001 | State Farm Insurance Company | | | | | 1,121.55 | 39,943.73 |
| | | | 6930-32 No. Alpine Road | 300.00 | 2420-750 | | | 39,943.73 |
| | | | 931 Woodlawn Avenue | 122.73 | 2420-750 | | | 39,943.73 |
| | | | 1050 School Street | 121.50 | 2420-750 | | | 39,943.73 |
| | | | 1301 Seminary Street - rental | 135.24 | 2420-750 | | | 39,943.73 |
| | | | 1301 Seminary Street | 324.24 | 2420-750 | | | 39,943.73 |
| | | | apartment policy 1301 Seminary Street | 8.37 | 2420-750 | | | 39,943.73 |
| | | | 1301 Seminary Street | 106.47 | 2420-750 | | | 39,943.73 |
| | | | Service Charge | 3.00 | 2420-750 | | | 39,943.73 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.75 | | 39,944.48 |
| 04/13/09 | 1002 | Rock River Water Reclamation District | 910 4th Avenue water payment - utlities | | 2420-000 | | 272.82 | 39,671.66 |
| 04/13/09 | 1003 | City of Rockford | water bill payment 910 4th Avenue | | 2420-000 | | 697.72 | 38,973.94 |
| 04/15/09 | | To Account #*******7266 | transfer to checking accout to pay utilities | | 9999-000 | | 1,000.00 | 37,973.94 |
| 04/16/09 | {15} | Lois and Jerry Mounts | April payment - 10917 Edgemere | | 1121-000 | 448.55 | | 38,422.49 |
| 04/16/09 | {3} | William P. Bell, Jr. | rent - 3014 Pioneer - February | | 1122-000 | 850.00 | | 39,272.49 |
| 04/16/09 | {3} | William P. Bell Jr. | rent - 3014 Pioneer - March | | 1122-000 | 850.00 | | 40,122.49 |
| 04/16/09 | {9} | Rockford Housing Authority | RHA's portion of rent for 910 - 4th  #1 | | 1122-000 | 373.00 | | 40,495.49 |
| 04/16/09 | {9} | Linda Walton/Tina Eisler | Linda Walton's portion of rent #1 4th Street | | 1122-000 | 102.00 | | 40,597.49 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.62 | | 40,599.11 |
| 05/06/09 | {9} | Tina Eisler | Section 8 portion rent for 910 4th Avenue | | 1122-000 | 102.00 | | 40,701.11 |
| 05/06/09 | {4} | ReMax | Rent - 3618 Marieme Drive - Rufus/Paula Scott | | 1122-000 | 500.00 | | 41,201.11 |
| 05/07/09 | {16} | Home Depot | rebate payout | | 1290-000 | 443.64 | | 41,644.75 |
| 05/13/09 | {15} | Lois and Jerry Mounts | May payment on agreement for deed | | 1121-000 | 448.55 | | 42,093.30 |
| 05/28/09 | {3} | WILLIAM P. BELL JR | RENT | | 1122-000 | 850.00 | | 42,943.30 |

| | | | Subtotals : | $46,035.39 | $3,092.09 |
|---|---|---|---|---|---|

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-74074 |
| Case Name: | GREEN FOREST CORP. |
| | |
| Taxpayer ID #: | **-***0844 |
| Period Ending: | 06/10/10 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****72-65 - Money Market Account |
| Blanket Bond: | $166,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/28/09 | {4} | RUFUS AND PAMELA SCOTT | BALANCE OF APRIL RENT | 1122-000 | 375.00 | | 43,318.30 |
| 05/28/09 | {9} | ROCKFORD HOUSING AUTHORITY | RENT PAYMENT - SECTION 8 PORTION | 1210-000 | 373.00 | | 43,691.30 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.63 | | 43,692.93 |
| 06/15/09 | {3} | William Bell Jr. | rent payment | 1122-000 | 850.00 | | 44,542.93 |
| 06/15/09 | {9} | Tina Eisler/Linda Walton | portion of rent payment | 1222-000 | 102.00 | | 44,644.93 |
| 06/15/09 | {9} | Rockford Housing Authority | Section 8 portion of housing | 1222-000 | 373.00 | | 45,017.93 |
| 06/18/09 | {15} | Jerry and Lois Mounts | rent for Edgemere property | 1121-000 | 448.55 | | 45,466.48 |
| 06/23/09 | | To Account #*******7266 | transfer to pay bills | 9999-000 | | 1,500.00 | 43,966.48 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.91 | | 43,968.39 |
| 07/21/09 | {9} | Linda Walton | rent check for 910 4th Avenue | 1222-000 | 100.00 | | 44,068.39 |
| 07/21/09 | {9} | Rockford Housing Authority | RHA's portion 910 4th 1S | 1222-000 | 375.00 | | 44,443.39 |
| 07/21/09 | {4} | Rufus and Pamela Scott | rent/monies -- July | 1122-000 | 875.00 | | 45,318.39 |
| 07/21/09 | {15} | Lois and Jerry Mounts | July payment | 1121-000 | 448.55 | | 45,766.94 |
| 07/21/09 | {3} | William P. Bell, Jr. | July payment - rent | 1122-000 | 850.00 | | 46,616.94 |
| 07/21/09 | | To Account #*******7266 | transfer to pay outstatnding bills for properties | 9999-000 | | 23,000.00 | 23,616.94 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.54 | | 23,618.48 |
| 08/20/09 | {15} | Lois andJerry Mounts | August payment 10917 Edgemeer | 1121-000 | 448.55 | | 24,067.03 |
| 08/20/09 | {3} | William P. Bell, Jr. | payment on 3014 Pioneer Drive | 1122-000 | 777.00 | | 24,844.03 |
| 08/20/09 | {9} | Linda Eisler - Linda Walton | Walton's portion of 9104 4th Avenue | 1222-000 | 100.00 | | 24,944.03 |
| 08/20/09 | {9} | Rockford Housing Authority | housing authority portion Walton 4th Street | 1222-000 | 375.00 | | 25,319.03 |
| 08/20/09 | {1} | State Farm Fire and Casualty Company | refund overpayment 93 BU B798-3 - 1050 School Street | 1290-000 | 9.81 | | 25,328.84 |
| 08/20/09 | | From Account #*******7266 | transfer monies from checking to money market account | 9999-000 | 10,000.00 | | 35,328.84 |
| 08/25/09 | {15} | Lois and Jerry Mounts | August payment on agreement for deed | 1121-000 | 448.55 | | 35,777.39 |
| 08/26/09 | {15} | Lois and Jerry Mounts | rent 10917 Edgemere        payment on agreement for deed | 1121-000 | -448.55 | | 35,328.84 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.17 | | 35,330.01 |
| 08/31/09 | {15} | Lois and Jerry Mounts | returned nsf check no. 4819 August payment Edgemere | 1121-000 | -448.55 | | 34,881.46 |
| 09/09/09 | {15} | Jerry and Lois Mounts | August payment on Agreement for Deed (replacement check) | 1121-000 | 448.55 | | 35,330.01 |
| 09/15/09 | {9} | Tina Eisler for Linda Walton | Linda's portion of rent 910 4th Avenue | 1222-000 | 100.00 | | 35,430.01 |
| 09/15/09 | {9} | Rockford Housing Authority | RHA's portion of rent - 4th Street | 1222-000 | 375.00 | | 35,805.01 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.44 | | 35,806.45 |
| 10/13/09 | {9} | Linda Walton | Tina Eisler's payment for Linda Walton's portion of 910 - 4th rent | 1222-000 | 200.00 | | 36,006.45 |
| | | | Subtotals : | | $17,563.15 | $24,500.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 08-74074 | | Trustee: | JAMES E. STEVENS (330420) | | |
| Case Name: | GREEN FOREST CORP. | | Bank Name: | JPMORGAN CHASE BANK, N.A. | | |
| | | | Account: | ***-*****72-65 - Money Market Account | | |
| Taxpayer ID #: | **-***0844 | | Blanket Bond: | $166,000.00  (per case limit) | | |
| Period Ending: | 06/10/10 | | Separate Bond: | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/09 | {9} | RHA | Rockford Housing's portion of rent | 1222-000 | 375.00 | | 36,381.45 |
| 10/14/09 | 1004 {9} | Tina Eisler | refund of overpayment of Linda Walton's portion of rent for 4th street | 1222-000 | -100.00 | | 36,281.45 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.47 | | 36,282.92 |
| 11/18/09 | {9} | Rockford Housing Authority | Section 8 portion of rent | 1222-000 | 375.00 | | 36,657.92 |
| 11/18/09 | {9} | Tina Eisler for Linda Walton | tenant's portion of rent | 1222-000 | 100.00 | | 36,757.92 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.53 | | 36,759.45 |
| 12/10/09 | {9} | Tina Eisler for Linda Walton | Linda Walton's portion of rent | 1222-000 | 100.00 | | 36,859.45 |
| 12/10/09 | {9} | Rockford Housing Authority | Section 8 payment Linda Walton | 1222-000 | 375.00 | | 37,234.45 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.56 | | 37,236.01 |
| 01/14/10 | {9} | Rockford Housing Authority | Section 8 portion Linda Walton rent | 1222-000 | 375.00 | | 37,611.01 |
| 01/14/10 | {9} | Linda Walton | tenant's portion of rent for 4th Street | 1222-000 | 100.00 | | 37,711.01 |
| 01/26/10 | 1005 | Rock River Water Reclamation District | payment sanitary fees 4th Street Voided on 01/26/10 | 2420-000 | | 92.21 | 37,618.80 |
| 01/26/10 | 1005 | Rock River Water Reclamation District | payment sanitary fees 4th Street Voided: check issued on 01/26/10 | 2420-000 | | -92.21 | 37,711.01 |
| 01/26/10 | 1006 | City Rockford | payment of water Voided on 01/26/10 | 2500-000 | | 437.14 | 37,273.87 |
| 01/26/10 | 1006 | City Rockford | payment of water Voided: check issued on 01/26/10 | 2500-000 | | -437.14 | 37,711.01 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.47 | | 37,712.48 |
| 02/01/10 | | Title Underwriters Agency | proceeds of sale | | 132,197.57 | | 169,910.05 |
| | {7} | | 140,000.00 | 1110-000 | | | 169,910.05 |
| | | | loan origination fee  -250.00 | 2500-000 | | | 169,910.05 |
| | | | appraisal fee  -1,175.00 | 2500-000 | | | 169,910.05 |
| | | | credit report  -11.65 | 2500-000 | | | 169,910.05 |
| | | | flood map certification  -45.00 | 2500-000 | | | 169,910.05 |
| | | | closing fee  -400.00 | 2500-000 | | | 169,910.05 |
| | | | courier fee  -25.00 | 2500-000 | | | 169,910.05 |
| | | | title insurance  -1,338.00 | 2500-000 | | | 169,910.05 |
| | | | title insurance act fee  -6.00 | 2500-000 | | | 169,910.05 |
| | | | search fee  -100.00 | 2500-000 | | | 169,910.05 |
| | | | recording fee  -155.00 | 2500-000 | | | 169,910.05 |
| | | | city, county, state stamps  -65.00 | 2500-000 | | | 169,910.05 |
| | | | state stamps  -130.00 | 2500-000 | | | 169,910.05 |
| | | | 2008 sold real estate taxes  -2,842.19 | 2500-000 | | | 169,910.05 |

Subtotals :       $133,903.60       $0.00

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-74074 | |
| Case Name: | GREEN FOREST CORP. | |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****72-65 - Money Market Account |
| Blanket Bond: | $166,000.00  (per case limit) |
| Separate Bond: | N/A |

| | |
|---|---|
| Taxpayer ID #: | **-***0844 |
| Period Ending: | 06/10/10 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 2008 sold real estate          -1,259.59<br>taxes Parcel III | 2500-000 | | | 169,910.05 |
| 02/01/10 | | Title Underwriters Agency | proceeds of sale | | 7,791.25 | | 177,701.30 |
| | {7} | | 10,000.00 | 1110-000 | | | 177,701.30 |
| | | | closing fee                          -400.00 | 2500-000 | | | 177,701.30 |
| | | | title insurance                    -897.00 | 2500-000 | | | 177,701.30 |
| | | | title insurance act fee            -3.00 | 2500-000 | | | 177,701.30 |
| | | | parcel search fee              -450.00 | 2500-000 | | | 177,701.30 |
| | | | recording fees                  -321.75 | 2500-000 | | | 177,701.30 |
| | | | recordation fees                -137.00 | 2500-000 | | | 177,701.30 |
| 02/05/10 | {9} | Rockford Housing Authority | rent payment 4th Street | 1222-000 | 375.00 | | 178,076.30 |
| 02/10/10 | 1007 | Ed Hornbeck | payment real estate commission | 3510-000 | | 3,250.00 | 174,826.30 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 5.94 | | 174,832.24 |
| 03/10/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 2.61 | | 174,834.85 |
| 03/10/10 | | To Account #*******7266 | transfer to close money market account | 9999-000 | | 174,834.85 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 205,676.94 | 205,676.94 | $0.00 |
| Less: Bank Transfers | 10,000.00 | 200,334.85 | |
| Subtotal | 195,676.94 | 5,342.09 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $195,676.94 | $5,342.09 | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-74074 | |
| Case Name: | GREEN FOREST CORP. | |
| Taxpayer ID #: | **-***0844 | |
| Period Ending: | 06/10/10 | |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****72-66 - Checking Account |
| Blanket Bond: | $166,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/15/09 | | From Account #*******7265 | transfer to checking account to pay utilities | | 9999-000 | 1,000.00 | | 1,000.00 |
| 04/16/09 | 101 | ComEd | electricity - 910 4th Ave. Bd Rockford, IL<br>Voided on 04/16/09 | | 2420-000 | | 304.58 | 695.42 |
| 04/16/09 | 101 | ComEd | electricity - 910 4th Ave. Bd Rockford, IL<br>Voided: check issued on 04/16/09 | | 2420-000 | | -304.58 | 1,000.00 |
| 04/16/09 | 102 | Tom Coblentz | reimbursement CommEd bill 910 4th Avenue,<br>Rockford, IL - payment center would not take<br>check | | 2420-000 | | 307.58 | 692.42 |
| 04/23/09 | 103 | ComEd | electricity - 7558 Belmar Drive, Belvidere, IL | | 2420-000 | | 323.37 | 369.05 |
| 05/06/09 | 104 | Title Underwriters Agency | payment of title company statement for lien<br>search - 3618 Marieme Drive | | 2990-000 | | 75.00 | 294.05 |
| 05/28/09 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 05/28/2009 FOR CASE<br>#08-74074 | | 2300-000 | | 52.98 | 241.07 |
| 06/23/09 | | From Account #*******7265 | transfer to pay bills | | 9999-000 | 1,500.00 | | 1,741.07 |
| 06/24/09 | 106 | Leonard Glogowski | lawn mowing | | | | 70.00 | 1,671.07 |
| | | | lawn mowing - Furman | 35.00 | 2420-000 | | | 1,671.07 |
| | | | lawn mowing 1050<br>School Street | 35.00 | 2420-000 | | | 1,671.07 |
| 06/24/09 | 107 | Randy Anderson | lawn mowing | | | | 1,320.00 | 351.07 |
| | | | lawn mowing and raking<br>7758 Belmar Belvidere,<br>IL | 330.00 | 2420-000 | | | 351.07 |
| | | | lawn mowing 7758<br>Belmar Drive, Belvidere,<br>IL | 110.00 | 2420-000 | | | 351.07 |
| | | | lawn mowing 6930-32<br>Alpine Rd., Rockford, IL | 150.00 | 2420-000 | | | 351.07 |
| | | | lawn mowing 931<br>Woodlawn Ave.,<br>Rockford, IL | 70.00 | 2420-000 | | | 351.07 |
| | | | lawn mowing - 931<br>Woodlawn Ave. | 530.00 | 2420-000 | | | 351.07 |
| | | | lawn mowing 1301-15<br>Seminary Street,<br>Rockford, IL | 70.00 | 2420-000 | | | 351.07 |
| | | | lawn mowing 1301-15<br>Seminary, Rockford, IL | 60.00 | 2420-000 | | | 351.07 |
| 07/21/09 | | From Account #*******7265 | transfer to pay outstatnding bills for properties | | 9999-000 | 23,000.00 | | 23,351.07 |

| | | |
|---|---|---|
| Subtotals : | $25,500.00 | $2,148.93 |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | 08-74074 | | Trustee: | JAMES E. STEVENS (330420) | |
| Case Name: | GREEN FOREST CORP. | | Bank Name: | JPMORGAN CHASE BANK, N.A. | |
| | | | Account: | ***-*****72-66 - Checking Account | |
| Taxpayer ID #: | **-***0844 | | Blanket Bond: | $166,000.00  (per case limit) | |
| Period Ending: | 06/10/10 | | Separate Bond: | N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/21/09 | 108 | Leonard Glogowski | lawn mowing | | | | 270.00 | 23,081.07 |
| | | | lawnmowing Belmar | 74.00 | 2410-000 | | | 23,081.07 |
| | | | lawnmowing Seminary | 28.00 | 2410-000 | | | 23,081.07 |
| | | | lawnmowing Woodlawn property | 28.00 | 2420-000 | | | 23,081.07 |
| | | | lawnmowing School Street | 20.00 | 2420-000 | | | 23,081.07 |
| | | | lawnmowing Furman | 20.00 | 2420-000 | | | 23,081.07 |
| | | | lawnmowing Alpine lot | 100.00 | 2420-000 | | | 23,081.07 |
| 07/21/09 | 109 | NICOR | utility charges | | | | 3,861.59 | 19,219.48 |
| | | | gas for 6930 No. Alpine Road | 1,188.27 | 2420-000 | | | 19,219.48 |
| | | | gas for 7558 Belmar Drive, Belvidere, IL | 581.26 | 2420-000 | | | 19,219.48 |
| | | | gas 1315 Seminary Up | 300.36 | 2420-000 | | | 19,219.48 |
| | | | gas 1301 Seminary Apt. 1 | 236.20 | 2420-000 | | | 19,219.48 |
| | | | gas 1301 Seminary Apt. 2 | 77.65 | 2420-000 | | | 19,219.48 |
| | | | gas 1301 Seminary, Apt. 3 | 1,422.28 | 2420-000 | | | 19,219.48 |
| | | | gas 1301 Seminary, Apt. 4 | 55.57 | 2420-000 | | | 19,219.48 |
| 07/21/09 | 110 | ComEd | electricity | | | | 603.13 | 18,616.35 |
| | | | 527-29 Furman - electricity | 183.05 | 2420-000 | | | 18,616.35 |
| | | | 7558 Belmar Drive - electricity | 63.41 | 2420-000 | | | 18,616.35 |
| | | | 6930 No. Alpine - electricity | 356.67 | 2420-000 | | | 18,616.35 |
| 07/21/09 | 111 | Rock River Water Reclamation District | waste water treatment bill | | | | 1,200.53 | 17,415.82 |
| | | | 1315 Seminary Street | 316.79 | 2420-000 | | | 17,415.82 |
| | | | 529 Furman Street | 36.25 | 2420-000 | | | 17,415.82 |
| | | | 931 Woodlawn Avenue | 44.15 | 2420-000 | | | 17,415.82 |
| | | | 3014 Pioneer Drive | 18.44 | 2420-000 | | | 17,415.82 |
| | | | 1050 School Street | 732.45 | 2420-000 | | | 17,415.82 |
| | | | 910 4th Avenue | 46.39 | 2420-000 | | | 17,415.82 |

Subtotals :                    $0.00          $5,935.25

{} Asset reference(s)                                                                   Printed: 06/10/2010 11:25 AM    V.12.08

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 08-74074 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | GREEN FOREST CORP. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****72-66 - Checking Account |
| Taxpayer ID #: | **-***0844 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 06/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | 511 No. Avon Street | 6.06 | 2420-000 | | | 17,415.82 |
| 07/21/09 | 112 | State Farm Insurance | insurance on buildings | | | | 2,015.53 | 15,400.29 |
| | | | 130 Seminary insurance | 319.76 | 2420-000 | | | 15,400.29 |
| | | | 3014 Pioneer insurance | 460.00 | 2420-000 | | | 15,400.29 |
| | | | 511 No. Avon insurance | 647.00 | 2420-000 | | | 15,400.29 |
| | | | 931 Woodlawn insurance | 264.27 | 2420-000 | | | 15,400.29 |
| | | | 1050 School Street<br>insurance | 324.50 | 2420-000 | | | 15,400.29 |
| 07/21/09 | 113 | American Family Insurance Group | insurance | | 2420-000 | | 788.00 | 14,612.29 |
| 07/22/09 | 114 | City of Rockford | payment of water and garbage | | | | 1,668.03 | 12,944.26 |
| | | | 1050 School Street  -<br>water and garbage | 362.45 | 2420-000 | | | 12,944.26 |
| | | | 511 No. Avon St., - water<br>& garbage | 44.84 | 2420-000 | | | 12,944.26 |
| | | | 910 4th Avenue -= water<br>& garbage | 281.63 | 2420-000 | | | 12,944.26 |
| | | | 1315 Seminary - water &<br>garbage | 583.47 | 2420-000 | | | 12,944.26 |
| | | | 1301 Seminary - water &<br>garbage | 49.28 | 2420-000 | | | 12,944.26 |
| | | | 3618 Marieme Drive -<br>water and garbage | 254.32 | 2420-000 | | | 12,944.26 |
| | | | 931 Woodlawn - water &<br>garbage | 92.04 | 2420-000 | | | 12,944.26 |
| 08/05/09 | 115 | Leonard Glogowski | lawn maintenance | | | | 459.00 | 12,485.26 |
| | | | Seminary lawn care | 84.00 | 2420-000 | | | 12,485.26 |
| | | | lawn maintenance Alpine<br>lot | 100.00 | 2420-000 | | | 12,485.26 |
| | | | lawn maintenance<br>School Street | 40.00 | 2420-000 | | | 12,485.26 |
| | | | lawn maintenance<br>Furman | 40.00 | 2420-000 | | | 12,485.26 |
| | | | lawn maintenance<br>Woodlawn | 84.00 | 2420-000 | | | 12,485.26 |
| | | | lawn maintenance<br>Belmar | 111.00 | 2420-000 | | | 12,485.26 |
| 08/05/09 | 116 | ComEd | electricity 527-29 Furman St., Rockford, IL | | 2420-000 | | 28.05 | 12,457.21 |
| 08/05/09 | 117 | Nicor | gas for properties | | | | 131.66 | 12,325.55 |
| | | | Subtotals : | | | $0.00 | $5,090.27 | |

{} Asset reference(s)

Printed: 06/10/2010 11:25 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-74074 |
| Case Name: | GREEN FOREST CORP. |
| | |
| Taxpayer ID #: | **-***0844 |
| Period Ending: | 06/10/10 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****72-66 - Checking Account |
| Blanket Bond: | $166,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | gas 1301 Seminary St.,<br>Apt. 3 | 8.69 | 2420-000 | | | 12,325.55 |
| | | | gas for 1301 Seminary<br>St. Apt. 2 | 13.44 | 2420-000 | | | 12,325.55 |
| | | | gas for 7558 Belmar Dr.,<br>Belvidere, IL | 34.52 | 2420-000 | | | 12,325.55 |
| | | | gas for 1301 Seminary<br>St., Apt. 4, Rockford, IL | 70.07 | 2420-000 | | | 12,325.55 |
| | | | gas 1315 Seminary St.,<br>#Up, Rockford, IL | 4.94 | 2420-000 | | | 12,325.55 |
| 08/19/09 | 118 | State Farm Insurance | Insurance 1301 Seminary | | | | 168.39 | 12,157.16 |
| | | | 1301 Seminary #93<br>BR-G-590-8 | 17.02 | 2420-000 | | | 12,157.16 |
| | | | 1301 Seminary 93<br>BU-C-337-7 | 151.37 | 2420-000 | | | 12,157.16 |
| 08/20/09 | | To Account #*******7265 | transfer monies from checking to money<br>market account | | 9999-000 | | 10,000.00 | 2,157.16 |
| 08/20/09 | 119 | Rock River Water Reclamation<br>District | p3014 Pioneer Drive, Rockford, IL | | 2420-000 | | 14.05 | 2,143.11 |
| 08/20/09 | 120 | ComEd | 527-29 Furman Street | | 2420-000 | | 54.01 | 2,089.10 |
| 08/20/09 | 121 | nicor | 1301 Seminary St., Apt. 1 | | 2420-000 | | 273.75 | 1,815.35 |
| 08/20/09 | 122 | ComEd | 7558 Belmar Drive, Belvidere, IL | | 2420-000 | | 20.44 | 1,794.91 |
| 08/27/09 | 123 | Leonard Glogowski | lawn mowing | | | | 133.00 | 1,661.91 |
| | | | Belmar Belvidere<br>property | 37.00 | 2420-000 | | | 1,661.91 |
| | | | Seminary property | 28.00 | 2420-000 | | | 1,661.91 |
| | | | 931 Woodlawn property | 28.00 | 2420-000 | | | 1,661.91 |
| | | | 1050 School property | 20.00 | 2420-000 | | | 1,661.91 |
| | | | Furman property | 20.00 | 2420-000 | | | 1,661.91 |
| 08/27/09 | 124 | Payment Center | 910 4th Avenue - water and rubbish | | 2420-000 | | 68.82 | 1,593.09 |
| 08/27/09 | 125 | ComEd | 6930 No. Alpine Rd., LP electricity | | 2420-000 | | 46.43 | 1,546.66 |
| 09/11/09 | 126 | Title Underwriters Agency | title searches | | | | 500.00 | 1,046.66 |
| | | | 6930-32 No. Alpine Roda | 100.00 | 2420-000 | | | 1,046.66 |
| | | | 3014 Pioneer Drive | 100.00 | 2420-000 | | | 1,046.66 |
| | | | 910 4th Avenue | 100.00 | 2420-000 | | | 1,046.66 |
| | | | 3618 Marieme Drive | 100.00 | 2420-000 | | | 1,046.66 |
| | | | 7558 Bel-Mar Drive | 100.00 | 2420-000 | | | 1,046.66 |
| 09/17/09 | 127 | Leonard Glogowski | grass mowing | | | | 471.00 | 575.66 |

| | | |
|---|---|---|
| Subtotals : | $0.00 | $11,749.89 |

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-74074 |
| Case Name: | GREEN FOREST CORP. |
| | |
| Taxpayer ID #: | **-***0844 |
| Period Ending: | 06/10/10 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****72-66 - Checking Account |
| Blanket Bond: | $166,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Alpine lot 8/22/09 | 100.00 | 2420-000 | | | 575.66 |
| | | | School grass mosing<br>9/2;8/13/823 | 60.00 | 2420-000 | | | 575.66 |
| | | | Seminary grass mowing<br>8/20;8/31 | 56.00 | 2420-000 | | | 575.66 |
| | | | Furman grass 8/10;<br>8/21;8/31 | 60.00 | 2420-000 | | | 575.66 |
| | | | 931 Woodlawn grass<br>mowing 9/3; 8/13; 8/24 | 84.00 | 2420-000 | | | 575.66 |
| | | | Belmar grass mowing<br>9/2;8/13;823 | 111.00 | 2420-000 | | | 575.66 |
| 09/17/09 | 128 | The City of Rockford | 511 No. Avon - water and rubbish | | 2420-000 | | 46.83 | 528.83 |
| 09/17/09 | 129 | ComEd | Belmar electric | | 2420-000 | | 27.72 | 501.11 |
| 09/17/09 | 130 | Nicor | electricity | | 2420-000 | | 133.40 | 367.71 |
| | | | Seminary Upper | 24.25 | 2420-000 | | | 367.71 |
| | | | Seminary (4) | 14.83 | 2420-000 | | | 367.71 |
| | | | Seminary (2) | 15.63 | 2420-000 | | | 367.71 |
| | | | Seminary (1) | 66.80 | 2420-000 | | | 367.71 |
| | | | Belmar | 11.89 | 2420-000 | | | 367.71 |
| 03/10/10 | | From Account #*******7265 | transfer to close money market account | | 9999-000 | 174,834.85 | | 175,202.56 |
| 03/11/10 | 131 | William E. Myers | payment pursuant to Order to Compromise<br>3/10/10 | | 7100-000 | | 135,002.56 | 40,200.00 |
| 04/06/10 | | Wire out to BNYM account<br>9200******7266 | Wire out to BNYM account 9200******7266 | | 9999-000 | -40,200.00 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 160,134.85 | 160,134.85 | **$0.00** |
| Less: Bank Transfers | 160,134.85 | 10,000.00 | |
| **Subtotal** | **0.00** | **150,134.85** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$150,134.85** | |

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-74074 |
| Case Name: | GREEN FOREST CORP. |
| | |
| Taxpayer ID #: | **-***0844 |
| Period Ending: | 06/10/10 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******72-66 - Checking Account |
| Blanket Bond: | $166,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******7266 | Wire in from JPMorgan Chase Bank, N.A. account *******7266 | 9999-000 | 40,200.00 | | 40,200.00 |
| 04/20/10 | 10132 | Barrick, Switzer Law Firm | payments attorney's fees, trustee fees and expenses<br>Voided on 04/20/10 | 3110-000 | | 40,200.00 | 0.00 |
| 04/20/10 | 10132 | Barrick, Switzer Law Firm | payments attorney's fees, trustee fees and expenses<br>Voided: check issued on 04/20/10 | 3110-000 | | -40,200.00 | 40,200.00 |
| 04/20/10 | 10133 | Clerk of the Bankruptcy Court | payment of costs | 2700-000 | | 250.00 | 39,950.00 |
| 04/20/10 | 10134 | Barrick, Switzer Law Firm | payment trustee, atty's fees and costs | | | 39,950.00 | 0.00 |
| | | | 24,998.75 | 3110-000 | | | 0.00 |
| | | | 335.75 | 3120-000 | | | 0.00 |
| | | | 13,534.41 | 2100-000 | | | 0.00 |
| | | | 1,081.09 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 40,200.00 | 40,200.00 | $0.00 |
| Less: Bank Transfers | 40,200.00 | 0.00 | |
| Subtotal | 0.00 | 40,200.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $40,200.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****72-65 | 195,676.94 | 5,342.09 | 0.00 |
| Checking # ***-*****72-66 | 0.00 | 150,134.85 | 0.00 |
| Checking # 9200-******72-66 | 0.00 | 40,200.00 | 0.00 |
| | $195,676.94 | $195,676.94 | $0.00 |